IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANZANITA BAND OF THE KUMEYAAY NATION *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD WOLF, in his official capacity as Under Secretary of Homeland Security for Strategy, Policy, and Plans *et al.* <br><br> Defendants. | Case No. 1:20-cv-02712 -RC |

**AUTHENTICATING AFFIDAVIT OF FRANK S. HOLLEMAN TO SHOW COMPLIANCE WITH LOCAL RULE 65.1(a)**

I, Frank Holleman, declare pursuant to 28 U.S.C. § 1746:

1) I am over the age of 21 years and am competent to testify about the matters stated herein. I know the facts stated in this affidavit on my own personal knowledge, and they are true to the best of my knowledge, information, and belief.

2) Attached to this Affidavit as Exhibit 1 is an excerpt of Delegation 00106, Rev. 08.5, signed by Kristjen Nielsen on April 10, 2019. This copy is identical to a copy of the Delegation that the Department of Homeland Security filed in proceedings in *Casa de Maryland, Inc. v. Wolf*, No. 8:20-cv-02118 (D. Md. Sept. 11, 2020), *see* ECF No. 41-1 at 3-7.

3) Attached to this Affidavit as Exhibit 2 is an amendment to Delegation 00106 which was signed by Kevin McAleenan on November 8, 2019. This copy is identical to a copy of the Delegation that the Department of Homeland Security filed in proceedings in *Casa de Maryland, Inc. v. Wolf*, No. 8:20-cv-02118 (D. Md. Sept. 11, 2020), *see* ECF No. 41-1 at 71.

4) Attached to this Affidavit as Exhibit 3 is the August 3, 2020 affidavit of Juliana Blackwell, which the Department of Homeland Security filed in filed in proceedings in *Casa de Maryland, Inc. v. Wolf*, No. 8:20-cv-02118 (D. Md. Sept. 11, 2020), *see* ECF No. 41-1 at 1-2, and which attests to the accuracy of the documents discussed in ¶¶ 2-3, *supra*.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: September 23, 2020

*/s/ Frank S. Holleman*
Frank S. Holleman

*Manzanita Band of the Kumeyaay Nation, et al. v. Chad Wolf, et al.*

# Exhibit 1

Department of Homeland Security
DHS Delegation Number: 00106
Revision Number: 08.5
Issue Date: 12/15/2016
Updated Date: 04/10/2019

# DHS ORDERS OF SUCCESSION AND DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS

## I. Purpose

This is a succession order for named positions and a delegation of authority for the continuity of essential functions of officials at the Department of Homeland Security (DHS) in case of absence, the inability of the incumbent to act during disasters or catastrophic emergencies, or vacancies in offices.

## II. Succession Order/Delegation

A.  In case of the Secretary's death, resignation, or inability to perform the functions of the Office, the orderly succession of officials is governed by Executive Order 13753, amended on December 9, 2016.

B.  I hereby delegate to the officials occupying the identified positions in the order listed (Annex A), my authority to exercise the powers and perform the functions and duties of my office, to the extent not otherwise prohibited by law, in the event I am unavailable to act during a disaster or catastrophic emergency.

C.  The order of succession for the named positions, other than the Office of the Secretary, are provided in Annexes B through AC.

D.  I hereby delegate authority to the officials occupying the identified positions in the orders listed in Annexes B through AC to exercise the powers and perform the functions and duties of the named positions in case of death, resignation, inability to perform, absence, or inability to act during a disaster or catastrophic emergency until that condition ceases.

Delegation # 00106
Revision # 08.5

**Exh. 1 to Holleman Aff**

E.	In terms of named positions in which appointment is required to be made by the President, by and with the advice and consent of the Senate (PAS), if positions are vacant as that term is used in the Federal Vacancies Reform Act of 1998, the First Assistant shall act as the incumbent until a successor is appointed, unless otherwise designated by the President.  The individual serving in the position identified as the first to succeed is designated the "First Assistant" for the purposes of the Federal Vacancies Reform Act of 1998.  If the First Assistant position is vacant, the next designated official in the order of succession may exercise all the powers, duties, authorities, rights, and functions authorized by law to be exercised by the incumbent, but may not perform any function or duty required by law to be performed exclusively by the office holder.

F.	For all other positions that are not subject to the Federal Vacancies Reform Act of 1998, any official in the order provided for in the succession order may exercise all the powers, duties, authorities, rights, and functions authorized to be performed by the incumbent, to the extent not otherwise limited by law.

G.	Only officials specifically designated in the order of succession for each of the named positions in Annexes B through AC are eligible, subject to modification in accordance with Section II.I.  Unless formally appointed by the Secretary, persons appointed on an acting basis, or on some other temporary basis, are ineligible to serve as a successor; therefore, the order of succession would fall to the next designated official in the approved order of succession.

H.	The prohibition on any re-delegation of powers, authorities, functions, and duties contained in Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents is not applicable to restrict the authority of any individual who is exercising the authority of a vacant position under this Delegation.  Such an individual shall, however, be bound by such Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents, and shall not further re-delegate powers to any individual.

I.	Each Annex may be updated separately.  A Component Head seeks modification of his/her order of succession by forwarding a proposed updated Annex to the Office of Operations Coordination (OPS), Continuity Division and the Office of the Under Secretary for Management (MGMT), Program Manager, Delegations and Directives; Annexes are processed by MGMT, in consultation with the Office of the General Counsel (OGC), for approval of the Secretary.  At a minimum, the Annex is coordinated with OGC and the White House Liaison.  Where possible, Component orders of succession should be at least three positions deep and geographically dispersed.

J.	The Office of the Executive Secretary, MGMT, and OPS are responsible for maintaining a current list of incumbents holding all positions identified in Annexes B through AC.

K. Nothing in this delegation is intended to limit my discretion as Secretary to depart from this delegation.

## III. Authorities

A. Title 5, United States Code (U.S.C.) §§ 3345-49 (Federal Vacancies Reform Act of 1998, as amended)

B. Title 6, U.S.C., § 112 (Secretary; functions)

## IV. Office of Primary Interest

OPS and MGMT is the office of primary interest for maintaining and updating the Annexes to this Delegation.

_____
Jeh Charles Johnson
Secretary of Homeland Security

Dec 15 2016
Date

**Legend**

| | |
|---|---|
| Career | C |
| Limited Term Appointment | L |
| Military Officer | M |
| Non-Career in the Senior Executive Service or Schedule C | N |
| Presidential Appointee | P |
| Presidential Appointee with Senate Confirmation | S |
| Scientific Professional | T |
| First Assistant pursuant to the Federal Vacancies Reform Act | * |

3

Delegation # 00106
Revision # 08.5

**Exh. 1 to Holleman Aff**

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Annex | Title | Issue Date |
|---|---|---|
| Annex A | Order For Delegation of Authority by the Secretary of the Department of Homeland Security | Revision 08.5, 04/10/2019 |
| Annex B | Deputy Secretary, Office of the | Revision 08.5, 04/10/2019 |
| Annex C | Citizenship and Immigration Service Ombudsman | Revision 06, 09/14/2016 |
| Annex D | Citizenship and Immigration Services, United States | Revision 06, 09/14/2016 |
| Annex E | Civil Rights and Civil Liberties, Office for | Revision 06, 09/14/2016 |
| Annex F | Coast Guard, United States | Revision 06, 09/14/2016 |
| Annex G | Countering Weapons of Mass Destruction Office | Revision 08.2, 05/21/2018 |
| Annex H | Customs and Border Protection, United States | Revision 06, 09/14/2016 |
| Annex I | Executive Secretariat | Revision 06, 09/14/2016 |
| Annex J | Federal Emergency Management Agency | Revision 06, 09/14/2016 |
| Annex K | Federal Law Enforcement Training Center | Revision 06, 09/14/2016 |
| Annex L | General Counsel, Office of the | Revision 06, 09/14/2016 |
| Annex M | Immigration and Customs Enforcement, United States | Revision 06, 09/14/2016 |
| Annex N | Inspector General, Office of | Revision 06, 09/14/2016 |
| Annex O | Intelligence and Analysis, Office of | Revision 06, 09/14/2016 |
| Annex P | Legislative Affairs, Office of | Revision 06, 09/14/2016 |
| Annex Q | Management Directorate | Revision 06, 09/14/2016 |
| Annex R | National Protection and Programs Directorate | Revision 08, 07/11/2017 |
| Annex S | Operations Coordination, Office of | Revision 06, 09/14/2016 |
| Annex T | Partnership and Engagement, Office of | Revision 06, 09/14/2016 |
| Annex U | Strategy, Policy, and Plans, Office of | Revision 08.4, 02/15/2019 |
| Annex V | Privacy Office, Chief | Revision 06, 09/14/2016 |
| Annex W | Public Affairs, Office of | Revision 06, 09/14/2016 |
| Annex X | Science and Technology | Revision 07, 01/19/2017 |
| Annex Y | Secret Service, United States | Revision 06, 09/14/2016 |
| Annex Z | Transportation Security Administration | Revision 08.3, 10/23/2018 |
| Annex AA | Chief Financial Officer (DHS) | Revision 06, 09/14/2016 |
| Annex AB | Deputy Administrator, Federal Emergency Management Agency (FEMA) | Revision 06, 09/14/2016 |
| Annex AC | Protection and National Preparedness (FEMA) | Revision 06, 09/14/2016 |

Delegation # 00106
Revision # 08.5

**Exh. 1 to Holleman Aff**

# ORDER FOR DELEGATION OF AUTHORITY BY THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY

*Pursuant to Title 6, United States Code, Section 113(g)(2)*

1. Deputy Secretary of Homeland Security
2. Under Secretary for Management
3. Commissioner of U.S. Customs and Border Protection
4. Administrator of the Federal Emergency Management Agency
5. Director of the Cybersecurity and Infrastructure Security Agency
6. Under Secretary for Science and Technology
7. Under Secretary for Intelligence and Analysis
8. Administrator of the Transportation Security Administration
9. Director of U.S. Immigration and Customs Enforcement
10. Director of U.S. Citizenship and Immigration Services
11. Under Secretary for Strategy, Policy, and Plans
12. General Counsel
13. Deputy Under Secretary for Management
14. Deputy Commissioner of U.S. Customs and Border Protection
15. Deputy Administrator of the Transportation Security Administration
16. Deputy Director of U.S. Immigration and Customs Enforcement
17. Deputy Director of U.S. Citizenship and Immigration Services
18. Director of the Federal Law Enforcement Training Centers

Delegation # 00106
Revision # 08.5

**Exh. 1 to Holleman Aff**

*Manzanita Band of the Kumeyaay Nation, et al. v. Chad Wolf, et al.*

# Exhibit 2

## Amendment to the Order of Succession for the Secretary of Homeland Security

Section II.A of DHS Delegation No. 00106, *DHS Orders of Succession and Delegations of Authorities for Named Positions*, is amended hereby to state as follows: "In case of the Secretary's death, resignation, or inability to perform the functions of the Office, the order of succession of officials is governed by Annex A."

By the authority vested in me as Secretary of Homeland Security, including the Homeland Security Act of 2002, 6 U.S.C. § 113(g)(2), I hereby designate the order of succession for the Secretary of Homeland Security by amending Annex A of DHS *Orders of Succession and Delegations of Authorities for Named Positions*, Delegation No. 00106. Annex A is hereby amended by striking the text of such Annex in its entirety and inserting the following in lieu thereof:

Annex A, Order for Delegation of Authority by the Secretary of the Department of Homeland Security
*Pursuant to Title 6, United States Code, Section 113(g)(2)*

1. Deputy Secretary of Homeland Security;

2. Under Secretary for Management;

3. Commissioner of the U.S. Customs and Border Protection;

4. Under Secretary for Strategy, Policy, and Plans;

5. Administrator and Assistant Secretary of the Transportation Security Administration;

6. Administrator of the Federal Emergency Management Agency;

No individual who is serving in an office herein listed in an acting capacity, by virtue of so serving, shall act as Secretary pursuant to this designation.

Dated: 11/08/19

Kevin K. McAleenan
Acting Secretary of Homeland Security

**Exh. 2 to Holleman Aff**

*Manzanita Band of the Kumeyaay Nation, et al. v. Chad Wolf, et al.*

# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA DE MARYLAND, INC., *et al.*, )
)
)
)
Plaintiffs, )
)
v. ) Civil Action No. 8:20-cv-2118
)
CHAD F. WOLF, *et al.*, )
)
Defendants. )

## DECLARATION OF JULIANA BLACKWELL

I, Juliana Blackwell, make the following declaration.

1. I am the Deputy Executive Secretary, within the Office of the Executive Secretary, U.S. Department of Homeland Security (DHS). I have worked in this office since February 2007. I am responsible for maintaining official documents approved or signed by the Secretary and Deputy Secretary of Homeland Security. I also know when a Secretary of Homeland Security vacates the office, and when a new Secretary of Homeland Security begins service as the Secretary. This declaration is based on my personal knowledge and on information that I reviewed in the course of my official duties as an employee of DHS.

2. The document, attached as Exhibit 1, is a true and correct copy of DHS Delegation Number 00106, Revision Number 08.5 titled "DHS ORDERS OF SUCCESSION AND DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS", issued December 15, 2016, and updated April 10, 2019.

3. The document, attached as Exhibit 2, is a true and correct copy of DHS Delegation Number 00106, Revision Number 08.6 titled "DHS ORDERS OF SUCCESSION AND

**Exh. 3 to Holleman Aff**

DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS", issued December 15, 2016, and updated November 14, 2019.

4. The document, attached as Exhibit 3, is a true and correct copy of a memorandum titled "Designation of an Order of Succession for the Secretary", issued by then General Counsel John M. Mitnick and dated April 9, 2019, signed by then Secretary Kirstjen Nielsen on April 9, 2019.

5. The document, attached as Exhibit 4, is a true and correct copy of the "Amendment to the Order of Succession for the Secretary of Homeland Security" issued by then Acting Secretary Kevin K. McAleenan and dated November 8, 2019.

6. Kirstjen Nielsen was confirmed as the Secretary of Homeland Security on December 5, 2017 and remained as the Secretary until she vacated the position on April 10, 2019.

7. Kevin K. McAleenan resigned as Acting Secretary of Homeland Security on November 13, 2019.

In accordance with 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3rd day of August, 2020 in Washington, D.C.

Juliana Blackwell
Deputy Executive Secretary
Office of the Executive Secretary
Department of Homeland Security

2

**Exh. 3 to Holleman Aff**