# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANZANITA BAND OF THE KUMEYAAY NATION *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>CHAD WOLF, in his official capacity as Under Secretary of Homeland Security for Strategy, Policy, and Plans *et al.*,<br><br>　　Defendants. | Case No. 1:20-cv-02712-TNM |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Iipay Nation of Santa Ysabel hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Memorandum Opinion and Order of October 16, 2020, ECF Nos. 23, 24, which denied Plaintiffs' Motion for an Expedited Preliminary Injunction, ECF No. 7, and ordered that the Order is appealable under 28 U.S.C. § 1292(a)(1).

This appeal is subject to expedited review pursuant to 28 U.S.C. § 1657(a).

Respectfully submitted this 13th day of November 2020.

　　　　　　　　　　　　　　　　　　　　　　/s/ *Colin Cloud Hampson*
　　　　　　　　　　　　　　　　　　　　　　Colin Cloud Hampson, Bar # 448481
　　　　　　　　　　　　　　　　　　　　　　Sonosky, Chambers, Sachse,
　　　　　　　　　　　　　　　　　　　　　　　Endreson & Perry, LLP
　　　　　　　　　　　　　　　　　　　　　　145 Willow Road, Suite 200
　　　　　　　　　　　　　　　　　　　　　　Bonita, CA 91902
　　　　　　　　　　　　　　　　　　　　　　Phone no.: 619-267-1306
　　　　　　　　　　　　　　　　　　　　　　Fax no.: 619-267-1388
　　　　　　　　　　　　　　　　　　　　　　E-mail:  champson@sonoskysd.com

2

        Frank S. Holleman, Bar # 1011376
        Sonosky, Chambers, Sachse,
          Endreson & Perry, LLP
        1425 K Street, NW, Suite 600
        Washington, DC 20005
        Phone no.: 202-682-0240
        Fax no.: 202-682-0249
        E-mail:  fholleman@sonosky.com

        Whitney A. Leonard (*pro hac vice*)
        Sonosky, Chambers, Sachse,
          Miller & Monkman, LLP
        725 East Fireweed Lane, Suite 420
        Anchorage, AK 99503
        Phone no.: 907-258-6377
        Fax no.: 907-272-8332
        E-mail:  whitney@sonosky.net

        *Counsel for Plaintiff*