IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANZANITA BAND OF THE KUMEYAAY NATION, *et al.*,

          Plaintiff,

v.

CHAD WOLF, *et al.*,

          Defendants.

No. 20-CV-02712 (TNM)

**JOINT STATUS REPORT**

In accordance with the Court's Order of May 25, 2021, Plaintiffs and Defendants submit the following joint status report.

On June 11, 2021, Defendants notified the Court and Plaintiffs that the Department of Defense ("DoD") and Department of Homeland Security ("DHS") completed their plans for the redirection of funds concerning the southern border wall, as directed by Section 2 of Proclamation No. 10142, 86 Fed. Reg. 7225, 7226 (Jan. 20, 2021). *See* ECF No. 33. Those plans make clear that DoD has canceled all border wall projects undertaken pursuant to 10 U.S.C. § 284, including the two projects at issue in this case, and DHS will not undertake any new barrier construction on the former § 284 projects. *See id.* The DHS plan also states that it will fund remediation work at the former § 284 project sites that are turned over to DHS with its Fiscal Year 2021 border wall appropriation. *See id.*, Ex. 3 at 4-5.

Since the termination of the DoD projects, DHS has been working to implement the remediation component of its plan, including assessing the status and condition of the project sites to determine the scope and extent of remediation work. Defendants recently provided updated information to Plaintiffs about DHS's remediation efforts, including anticipated

1

timelines and priorities, and DoD's process to close out the § 284 project sites as part of demobilizing the current contractors, which will necessitate additional activity at the project sites. *See* Exhibit 1.

The parties remain engaged in good faith settlement discussions with respect to all issues in this case. As noted in the DHS plan, such issues include—but are not limited to—remediation of damage to natural, historic, or cultural resources, and steps that may be taken to avert further damage or degradation due to current site conditions caused by construction activities. *See* ECF No. 33, Ex. 3 at 5. Since the most recent status report filed in June 2021, the parties have conferred both telephonically and in writing about various settlement proposals, and are currently working to reach consensus on procedures to remove certain construction equipment near cultural resources in the El Centro A project area.

The parties therefore respectfully request that this Court continue the stay of proceedings to facilitate these ongoing discussions.

Respectfully submitted this 26th day of July 2021.

| | |
|---|---|
| /s/ *Colin Cloud Hampson* | BRIAN M. BOYNTON |
| Frank S. Holleman, Bar # 1011376 | Acting Assistant Attorney General |
| Sonosky, Chambers, Sachse, | |
|    Endreson & Perry, LLP | ALEXANDER K. HAAS |
| 1425 K Street, NW, Suite 600 | Director, Federal Programs Branch |
| Washington, DC 20005 | |
| Phone no.: 202-682-0240 | ANTHONY J. COPPOLINO |
| Fax no.: 202-682-0249 | Deputy Director, Federal Programs Branch |
| E-mail:  fholleman@sonosky.com | |
| | /s/ *Andrew I. Warden* |
| Colin Cloud Hampson, Bar # 448481 | ANDREW I. WARDEN |
| Sonosky, Chambers, Sachse, | IN Bar No. 23840-49 |
|    Endreson & Perry, LLP | Senior Trial Counsel |
| 145 Willow Road, Suite 200 | MICHAEL J. GIRARDI |
| Bonita, CA 91902 | Trial Attorney |
| Phone no.: 619-267-1306 | United States Department of Justice |
| Fax no.: 619-267-1388 | Civil Division, Federal Programs Branch |
| E-mail:  champson@sonoskysd.com | 1100 L Street, N.W. |

Whitney A. Leonard (*pro hac vice*)
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
725 East Fireweed Lane, Suite 420
Anchorage, AK 99503
Phone no.: 907-258-6377
Fax no.: 907-272-8332
E-mail: whitney@sonosky.net

*Counsel for Plaintiffs*

Mark Radoff (*pro hac vice*)
Sycuan Tribal Government Legal Department
2 Kwaaypaay Ct.
El Cajon, CA 92019
Phone no.: 619-445-4564
Fax no.: 619-445-0238
E-mail: mradoff@sycuan-nsn.gov

*Counsel for Plaintiff Sycuan Band of the Kumeyaay Nation*

Washington, DC 20005
Tel: (202) 616-5084
Fax: (202) 616-8470
Email: Andrew.Warden@usdoj.gov

*Attorneys for Defendants*