IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANZANITA BAND OF THE KUMEYAAY NATION, *et al.*,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHAD WOLF, *et al.*,<br><br>　　　　　　　　Defendants. | No. 20-CV-02712 (TNM) |

**JOINT STATUS REPORT**

In accordance with the Court's Order of August 4, 2021, Plaintiffs and Defendants submit the following joint status report.

The parties are currently engaged in good faith settlement discussions with respect to all issues in this case. The parties have exchanged written communications regarding potential settlement proposals and require additional time to continue these ongoing discussions with the goal of reaching a mutually-agreeable resolution to this case without the need for further litigation. Additionally, the parties remain in active discussions regarding various activities that contractors will undertake at the project sites to close out the contracts for the border barrier projects at issue in this case, including the removal of certain construction equipment near cultural resources in the El Centro A project area.

In light of these ongoing discussions, the parties respectfully request that the Court continue the stay of proceedings for another 60 days. Good cause exists to maintain the current stay. A stay would further the interest of judicial economy by allowing the parties to focus their efforts on discussing settlement, free from any competing litigation obligations and without burdening the Court with potentially unnecessary motions and disputes. *See Landis v. N. Am.*

1

*Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

The parties propose to file another status report on December 1, 2021.

Respectfully submitted this 4th day of October 2021.

| | |
|---|---|
| /s/ *Colin Cloud Hampson* <br> Frank S. Holleman, Bar # 1011376 <br> Sonosky, Chambers, Sachse, <br>   Endreson & Perry, LLP <br> 1425 K Street, NW, Suite 600 <br> Washington, DC 20005 <br> Phone no.: 202-682-0240 <br> Fax no.: 202-682-0249 <br> E-mail:  fholleman@sonosky.com <br><br> Colin Cloud Hampson, Bar # 448481 <br> Sonosky, Chambers, Sachse, <br>   Endreson & Perry, LLP <br> 145 Willow Road, Suite 200 <br> Bonita, CA 91902 <br> Phone no.: 619-267-1306 <br> Fax no.: 619-267-1388 <br> E-mail:  champson@sonoskysd.com <br><br> Whitney A. Leonard (*pro hac vice*) <br> Sonosky, Chambers, Sachse, <br>   Miller & Monkman, LLP <br> 725 East Fireweed Lane, Suite 420 <br> Anchorage, AK 99503 <br> Phone no.: 907-258-6377 <br> Fax no.: 907-272-8332 <br> E-mail:  whitney@sonosky.net <br><br> *Counsel for Plaintiffs* <br><br> Mark Radoff (*pro hac vice*) <br> Sycuan Tribal Government Legal Department <br> 2 Kwaaypaay Ct. <br> El Cajon, CA 92019 <br> Phone no.: 619-445-4564 <br> Fax no.: 619-445-0238 | BRIAN M. BOYNTON <br> Acting Assistant Attorney General <br><br> ALEXANDER K. HAAS <br> Director, Federal Programs Branch <br><br> ANTHONY J. COPPOLINO <br> Deputy Director, Federal Programs Branch <br><br> /s/ *Andrew I. Warden* <br> ANDREW I. WARDEN <br> IN Bar No. 23840-49 <br> Senior Trial Counsel <br> MICHAEL J. GIRARDI <br> Trial Attorney <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 1100 L Street, N.W. <br> Washington, DC 20005 <br> Tel: (202) 616-5084 <br> Fax: (202) 616-8470 <br> Email: Andrew.Warden@usdoj.gov <br><br> *Attorneys for Defendants* |

E-mail:  mradoff@sycuan-nsn.gov

*Counsel for Plaintiff Sycuan Band of the Kumeyaay Nation*