IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANZANITA BAND OF THE KUMEYAAY
NATION, *et al.*,

            Plaintiffs,

v.

CHAD WOLF, *et al.*,

            Defendants.

No. 20-CV-02712 (TNM)

**JOINT STATUS REPORT**

In accordance with the Court's Order of October 4, 2021, Plaintiffs and Defendants submit the following joint status report.

The parties remain in active settlement discussions and request that the Court continue the stay of this case for 60 days. Since the most recent status report in this case, the parties have exchanged substantive letters regarding a proposed settlement framework centered around Defendants conducting various close-out and remediation activities at the two former border wall construction sites at issue in this case. Based on those discussions, Plaintiffs proposed a draft settlement agreement to Defendants in late October. Defendants have been working diligently to evaluate Plaintiffs' proposal, including conducting necessary consultations with various offices within the Executive Branch. Defendants intend to provide a response and counter-proposal to Plaintiffs no later than December 3, 2021. Based on the Plaintiffs' review of the counter-proposal, the parties may have additional updates to present to the Court at the December 10 status conference.

The parties agree that the interests of party and judicial economy would be furthered by allowing the parties to continue these ongoing discussions with the goal of reaching a mutually-

agreeable resolution to this case without the need for further litigation. The Court has broad discretionary power to stay proceedings in order "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for the litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254-55 (1936). Further, a stay would serve the "just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1. The parties are cognizant of the Court's prior comments about the length of the stay in this case, but believe that settlement discussions in this complex matter are progressing forward in good faith. Further, the parties agree that their resources and attention are best spent focusing on settlement efforts rather than active litigation before the Court that may not be necessary should the parties' negotiations be successful.

The parties therefore respectfully request that the Court continue the stay of this case for 60 days. The parties propose to file a joint status report on February 1, 2022.

Respectfully submitted this 1st day of December 2021.

| /s/ *Colin Cloud Hampson* | BRIAN M. BOYNTON |
|---|---|
| Frank S. Holleman, Bar # 1011376 | Acting Assistant Attorney General |
| Sonosky, Chambers, Sachse, | |
|   Endreson & Perry, LLP | ALEXANDER K. HAAS |
| 1425 K Street, NW, Suite 600 | Director, Federal Programs Branch |
| Washington, DC 20005 | |
| Phone no.: 202-682-0240 | ANTHONY J. COPPOLINO |
| Fax no.: 202-682-0249 | Deputy Director, Federal Programs Branch |
| E-mail: fholleman@sonosky.com | |
| | /s/ *Andrew I. Warden* |
| Colin Cloud Hampson, Bar # 448481 | ANDREW I. WARDEN |
| Sonosky, Chambers, Sachse, | IN Bar No. 23840-49 |
|   Endreson & Perry, LLP | Senior Trial Counsel |
| 145 Willow Road, Suite 200 | MICHAEL J. GIRARDI |
| Bonita, CA 91902 | Trial Attorney |
| Phone no.: 619-267-1306 | United States Department of Justice |
| Fax no.: 619-267-1388 | Civil Division, Federal Programs Branch |
| E-mail: champson@sonoskysd.com | 1100 L Street, N.W. |
| | Washington, DC 20005 |
| Whitney A. Leonard (*pro hac vice*) | Tel: (202) 616-5084 |

Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
725 East Fireweed Lane, Suite 420
Anchorage, AK 99503
Phone no.: 907-258-6377
Fax no.: 907-272-8332
E-mail:  whitney@sonosky.net

*Counsel for Plaintiffs*

Mark Radoff (*pro hac vice*)
Sycuan Tribal Government Legal Department
2 Kwaaypaay Ct.
El Cajon, CA 92019
Phone no.: 619-445-4564
Fax no.: 619-445-0238
E-mail:  mradoff@sycuan-nsn.gov

*Counsel for Plaintiff Sycuan Band of the Kumeyaay Nation*

Fax: (202) 616-8470
Email: Andrew.Warden@usdoj.gov

*Attorneys for Defendants*