IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANZANITA BAND OF THE KUMEYAAY NATION, *et al.*,

        Plaintiffs,

v.

CHAD WOLF, *et al.*,

        Defendants.

No. 20-CV-02712 (TNM)

**JOINT STATUS REPORT**

In accordance with the Court's Order of December 10, 2021, Plaintiffs and Defendants submit the following joint status report.

The parties are nearing the conclusion of their settlement negotiations and are optimistic that an agreement can be reached that will resolve this case without further contested litigation. The parties have agreed to a settlement framework and many substantive provisions. Discussions at this time are focused on a small number of remaining issues that the parties are working in good faith to resolve amicably.

In the event the parties reach an agreement in principle, it would be subject to final approval by the appropriate senior Tribal and Federal Government officials.  In civil cases against the federal government, settlement authority is committed by statute to the Attorney General, *see* 28 U.S.C. § 519, who in turn has delegated the authority to settle matters to various senior officials within the Department of Justice, depending on the nature of the case and proposed settlement, *see* 28 C.F.R. §§ 0.160-0.172.  Defendants would be required to follow these procedures to obtain the approvals necessary to finalize the proposed settlement agreement, which would result in the parties jointly agreeing to dismiss this case.

The parties are cognizant of the Court's statements during the status conference on December 10, 2021, that no further extensions of the current stay of proceedings will be granted. The parties, therefore, respectfully request that the Court set a deadline of March 25, 2022 for the filing of either (1) a motion to dismiss this case in accordance with an approved settlement agreement or (2) Plaintiffs' motion to amend and supplement the complaint in light of developments subsequent to the filing of the complaint.

In the event this case is not dismissed by joint agreement, the parties agree that it would be appropriate to set a date for Plaintiffs to seek leave to amend and supplement their complaint. Shortly after filing this case, Plaintiffs moved for an expedited preliminary injunction, which the Court denied. *See* ECF Nos. 23 & 24. Plaintiffs appealed that decision and the Court stayed proceedings during the pendency of the appeal. *See* Minute Order (Nov. 25, 2020). While the appeal was pending, the President directed a reassessment of federal policy with respect to the construction of a wall along the southern border. *See* Termination of Emergency with Respect to the Southern Boarder of the United States and Redirection of Funds Diverted to the Boarder Wall Construction, Proclamation No. 10142, 86 Fed. Reg. 7225 (Jan. 20, 2021). Following that development, the D.C. Circuit remanded the case to this Court for further proceedings. *See* ECF No. 31. At the parties' request, the Court agreed to continue the stay while the Departments of Defense and Homeland Security developed plans implementing the President's Proclamation and to allow the parties to engage in settlement discussions. *See, e.g.*, Minute Order (Aug. 4, 2021). In light of this procedural history, the parties agree that most appropriate step to move this litigation forward in the event the parties are unable to reach a settlement agreement is for Plaintiffs to seek leave to amend and supplement their complaint. *See* Fed. R. Civ. P 15.

For these reasons, the parties respectfully request the Court enter an order establishing a deadline of March 25, 2022 for the filing of (1) a motion to dismiss this case in accordance with

an approved settlement agreement or (2) Plaintiffs' motion for leave to amend and supplement the complaint.

Respectfully submitted this 10th day of February 2022.

/s/ *Colin Cloud Hampson*
Frank S. Holleman, Bar # 1011376
Sonosky, Chambers, Sachse,
    Endreson & Perry, LLP
1425 K Street, NW, Suite 600
Washington, DC 20005
Phone no.: 202-682-0240
Fax no.: 202-682-0249
E-mail: fholleman@sonosky.com

Colin Cloud Hampson, Bar # 448481
Sonosky, Chambers, Sachse,
    Endreson & Perry, LLP
145 Willow Road, Suite 200
Bonita, CA 91902
Phone no.: 619-267-1306
Fax no.: 619-267-1388
E-mail: champson@sonoskysd.com

Whitney A. Leonard (*pro hac vice*)
Sonosky, Chambers, Sachse,
    Miller & Monkman, LLP
725 East Fireweed Lane, Suite 420
Anchorage, AK 99503
Phone no.: 907-258-6377
Fax no.: 907-272-8332
E-mail: whitney@sonosky.net

*Counsel for Plaintiffs*

Mark Radoff (*pro hac vice*)
Sycuan Tribal Government Legal Department
2 Kwaaypaay Ct.
El Cajon, CA 92019
Phone no.: 619-445-4564
Fax no.: 619-445-0238
E-mail: mradoff@sycuan-nsn.gov

*Counsel for Plaintiff Sycuan Band of the Kumeyaay Nation*

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
IN Bar No. 23840-49
Senior Trial Counsel
MICHAEL J. GIRARDI
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-5084
Fax: (202) 616-8470
Email: Andrew.Warden@usdoj.gov

*Attorneys for Defendants*